**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** FBI, IRS, VA, OIG |
| **City** Boston | | |
| **County** Suffolk | | |

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-mj-1046-DLC and attached
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  23-cr-10167-LTS   ☑ Yes  ☐ No

Defendant Name: James Macchio    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: 134 FELDSPAR RDG, GLASTONBURY, CT 06033

Birth date (Yr only): 1978   SSN (last 4#): 9174   Sex: M   Race: ____   Nationality: USA

Defense Counsel if known: Todd A. Spodek   Address: The Woolworth Building 233 Broadway, Suite 710
Bar Number: _____   New York, NY 10007

**U.S. Attorney Information**
AUSA: KRISS BASIL   Bar Number if applicable: 673074

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/8/2024    Signature of AUSA: /s/ Kriss Basil

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   James Macchio

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

ADDITIONAL SEARCH WARRANTS:

19-mj-1047-DLC

19-mj-1048-DLC

20-mj-4292-DHH

20-mj-4293-DHH

20-mj-4294-DHH

21-mj-507-TOF